AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Boyko, Christopher A | 2. Court or Organization  District Court - Northern Ohio | 3. Date of Report  05/10/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address  801 W. Superior Avenue Cleveland, OH 44113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Federal Bar Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1983 | Ohio Public Employees Retirement System; pension upon retirement at earliest date of eligibility of November 1, 2009, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyko, Christopher A | 05/10/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan. 2005 | State of Ohio - Wages | $ 654 |
| 2. Jan. 2005 | Cuyahoga County - Wages | $ 344 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Sherwin Williams - Wages |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Federal Judicial Center | April 3 through 8 - Washington DC, FJC educational seminar (Transportation, Meals and Lodging) |
| 2. Administrative Office | June 26 through 29 - Mackinac Island, MI, Meeting of U.S. Judicial Conference (Transportation, Meals and Lodging) |
| 3. Ohio State Bar Association | September 29 through 30 - Columbus, OH, Government entity seminar (Transportation, Meals and Lodging) |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyko, Christopher A | 05/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Chad Brenner | 7 nights at Florida Condo (July 21 -27) | $ 1400 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyko, Christopher A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Cape Coral, Florida | | None | | | | | | | See Note in Part VIII |
| 2. College Advantage Savings Plan, Guaranteed Savings Fund | A | Interest | | | Sold | 8/10 | J | A | See Note in Part VIII |
| 3. College Advantage Savings Plan, Guaranteed Savings Fund | A | Interest | J | T | | | | | |
| 4. Sherwin Williams Federal Credit Union - Account | A | Interest | J | T | | | | | |
| 5. Fifth Third Bank - Account | A | Interest | J | T | | | | | |
| 6. Parkview Federal Savings & Loan - Account | A | Interest | J | T | | | | | |
| 7. IRA #1 - Charles Schwab | A | Dividend | K | T | | | | | |
| 8. - Schwab Money Market Fund | | | | | | | | | |
| 9. - Vanguard GNMA Fund | | | | | | | | | |
| 10. IRA # 2 Charles Schwab | A | Dividend | K | T | | | | | |
| 11. - Schwab Money Market Fund | | | | | | | | | |
| 12. - Vanguard GNMA Fund | | | | | | | | | |
| 13. Sherwin Williams Employee Stock Purchase and Savings Plan | A | Dividend | K | T | | | | | |
| 14. - Sherwin Williams Common Stock | | | | | | | | | |
| 15. - Fidelity Inst SH Int Govt Fund | | | | | | | | | |
| 16. Sherwin Williams Salaried Employees Revised Pension Inv Plan | A | Dividend | J | T | | | | | |
| 17. - Fidelity Magellan Fund | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Boyko, Christopher A | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - PIMCO Low Dur Admin Fund | | | | | | | | | |
| 19. - Fidelity Ret Govt Money Market Fund | | | | | | | | | |
| 20. - Fidelity Freedom 2015 Fund | | | | | Buy | 1/1 | J | | |
| 21. Ohio Public Employees Deferred Compensation Plan | A | Dividend | | | Rollover | 3/7 | K | | See Note in Part VIII |
| 22. - Fidelity Contra Fund | | | | | | | | | See Note in Part VIII |
| 23. - Fidelity Growth Company Fund | | | | | | | | | See Note in Part VIII |
| 24. - Janus Fund | | | | | | | | | See Note in Part VIII |
| 25. Vanguard Institutional Index Fund | | | | | | | | | See Note in Part VIII |
| 26. Ohio Public Employees Retirement System Pension Plan | D | Interest | N | T | | | | | |
| 27. Cleveland Selfreliance Federal Credit Union - Account | A | Interest | J | T | | | | | See Note in Part VIII |
| 28. IRA # 3 Putnam Investments - Putnam OTC and Emerging Growth | A | Dividend | J | T | | | | | See Note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyko, Christopher A | 05/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, page 1, line 1 - Rental property was sold on September 1, 2004 to Mark and Jan Wirkus, ███████████████████████. Value based on comparison to sale prices of nearby properties. This was after my nomination date but before my appointment in January 2005.

Part VII, page 1, line 2 - College Advantage Savings Plan fund was liquidated to pay college tuition for ████████

Part VII, page 2, line 21 - Ohio Public Employees Deferred Compensation Plan value was rolled over into the Thrift Savings Plan (TSP).

Part VII, page 2, line 22 - Ohio Public Employee Deferred Compensation Plan value was rolled over into the Thrift Savings Plan (TSP).

Part VII, page 2, line 23 - Ohio Public Employee Deferred Compensation Plan value was rolled over into the Thrift Savings Plan (TSP).

Part VII, page 2, line 24 - Ohio Public Employee Deferred Compensation Plan value was rolled over into the Thrift Savings Plan (TSP).

Part VII, page 2, line 25 - Ohio Public Employee Deferred Compensation Plan value was rolled over into the Thrift Savings Plan (TSP).

Part VII, page2, line 27 - Cleveland Selfreliance Federal Credit Union was inadvertenly omitted from prior report.

Part VII, page 2, line 28 - IRA # 3 with Putnam Investments was inadvertenly omitted from prior report.

| Name of Person Reporting | Date of Report |
|---|---|
| Boyko, Christopher A | 05/10/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Date 5/11/06

NOTE: ANY ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ S OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544